Chad R. Fears, Esq. (SBN 6970)
Alexandria L. Layton, Esq. (SBN 14228)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendants Carriage Cemetery Services,
Inc. and Carriage Services of Nevada, Inc.*

# UNITED STATES DISTRICT COURT

# FOR THE STATE OF NEVADA

| | |
|---|---|
| SHERMAIN ADDISON-JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIAGE SERVICES OF NEVADA, INC. doing business as BUNKER EDEN VALE MEMORIAL PARK; CARRIAGE CEMETERY SERVICES, INC., doing business as BUNKER EDEN VALE MEMORIAL PARK; ; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00006-JAD-DJA<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITHOUT PREJUDICE AS TO DEFENDANT CARRIAGE SERVICES OF NEVADA, INC.** |

 IT IS STIPULATED by and between Plaintiff Shermain Addison-Jones and Defendants Carriage Cemetery Services, Inc. and Carriage Services of Nevada, Inc., through their undersigned counsel of record, pursuant to Rule 41(a) of the Federal Rules of Civil Prodedure, that Plaintiff's Complaint be dismissed in its entirety without prejudice as to Defendant Carriage Services of Nevada, Inc. ("CSNI") only, with each party to bear their own costs and attorneys' fees.

 Plaintiff reserves the right to file a motion to add CSNI back into the case should the discovery process present evidence that the entity bears responsibility for the subject incident.

/ / /

/ / /

Each party shall bear their own attorney's fees and costs for dismissal without prejudice.

Dated:  January 13, 2022.

| **BERNSTEIN & POISSON** | **EVANS FEARS & SCHUTTERT LLP** |
|---|---|
| /s/ Amber N. King | /s/ Alexandria L. Layton |
| Scott L. Poisson, Esq. (SBN 10188) | Chad R. Fears, Esq. (SBN 6970) |
| Amber N. King, Esq. (SBN 14070) | Alexandria L. Layton, Esq. (SBN 14228) |
| 320 S. Jones Blvd. | 6720 Via Austi Parkway, Suite 300 |
| Las Vegas, NV 89107 | Las Vegas, NV 89119 |
| *Attorneys for Plaintiff Shermain Addison-Jones* | *Attorneys for Defendants Carriage Cemetery Services, Inc. and Carriage Services of Nevada, Inc.* |

## ORDER

BASED ON THE STIPULATION HEREIN AND GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that all claims against Defendant Carriage Services of Nevada, Inc. are dismissed without prejudice under Rule 41(a) of the Federal Rules of Civil Procedure, each side to bear its own attorney's fees and costs.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: January 18, 2022