Chad R. Fears, Esq. (SBN 6970)
Alexandria L. Layton, Esq. (SBN 14228)
**EVANS FEARS & SCHUTTERT LLP**
6720 Via Austi Parkway, Suite 300
Las Vegas, NV 89119
Telephone: (702) 805-0290
Facsimile: (702) 805-0291
Email: cfears@efstriallaw.com
Email: alayton@efstriallaw.com

*Attorneys for Defendant Carriage Cemetery Services, Inc.*

## UNITED STATES DISTRICT COURT

## FOR THE STATE OF NEVADA

| | |
|---|---|
| SHERMAIN ADDISON-JONES, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CARRIAGE CEMETERY SERVICES, INC., doing business as BUNKER EDEN VALE MEMORIAL PARK; DOES 1 through 100; and ROE CORPORATION 101 through 200, inclusive,<br><br>Defendants. | Case No. 2:22-cv-00006-JAD-DJA<br><br>**STIPULATION AND ORDER TO REMAND** |

Plaintiff Shermain Addison-Jones ("Plaintiff Addison-Jones") and Defendant Carriage Cemetery Services, Inc. ("Defendant CCSI"), through their undersigned counsel of record, bring this STIPULATION and ORDER that this case be remanded to the Eighth Judicial District Court, Clark County, Nevada.

On January 3, 2022, Defendant CCSI removed this case to this Court based on diversity jurisdiction.

On January 14, 2022, Plaintiff Addison-Jones filed her Motion to Remand. In her motion, Plaintiff Addison-Jones "stipulated that she is not seeking damages in excess of $75,000," which would divest this Court of jurisdiction.

On January 18, 2022, the Court granted the parties' stipulation to dismiss Carriage Services of Nevada, Inc.

Accordingly, IT IS HEREBY STIPULATED THAT:

1. Plaintiff Addison-Jones stipulates that she is not seeking damages that would exceed $75,000.00, inclusive of all possible damages she could obtain in connection with this lawsuit;

2. Defendant CCSI agrees not to oppose Plaintiff Addison-Jones's Motion to Remand based on her stipulation that she does not seek damages in excess of $75,000.00;

3. The parties stipulate that the Motion to Remand [ECF No. 5] should be granted and the case remanded to the Eighth Judicial District Court, Clark County, Nevada.

Dated: January 25, 2022.

| **BERNSTEIN & POISSON** | **EVANS FEARS & SCHUTTERT LLP** |
|---|---|
| */s/ Amber N. King* | */s/ Alexandria L. Layton* |
| Scott L. Poisson, Esq. (SBN 10188) | Chad R. Fears, Esq. (SBN 6970) |
| Amber N. King, Esq. (SBN 14070) | Alexandria L. Layton, Esq. (SBN 14228) |
| 320 S. Jones Blvd. | 6720 Via Austi Parkway, Suite 300 |
| Las Vegas, NV 89107 | Las Vegas, NV 89119 |
| *Attorneys for Plaintiff Shermain Addison-Jones* | *Attorneys for Defendant Carriage Cemetery Services, Inc.* |

### ORDER

BASED ON THE PARTIES' STIPULATION [9], which establishes that this court lacks subject-matter jurisdiction over this action, AND WITH GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the Clerk of Court is directed to REMAND this case back to the Eighth Judicial District Court, Department 2, Case No. A-21-844392-C, and CLOSE THIS CASE.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: February 3, 2022